# TAYLOR v. FIRST NATIONAL BANK OF OGDEN.

No. 2399.    Decided January 9, 1913 (128 Pac. 913).

APPEAL from District Court, Second District; *Hon. N. J. Harris*, Judge.

Action by Sarah M. Taylor against the First National Bank of Ogden.

Judgment for plaintiff.    Defendant appeals.

AFFIRMED.

*Richards* and *Boyd* for appellant.

*H. H. Henderson* for respondent.

STRAUP, J.

This appeal is frivolous and without merit. Let the judgment be affirmed. Costs to respondent on appeal and below. Such is the order.

McCARTY, C. J., and FRICK, J., concur.

---

# BRUNSWICK REALTY CO. v. UNIVERSITY INV. CO.

No. 2473.    Decided June 4, 1913  (134 Pac. 608).

1. MORTGAGES—CONSIDERATION—EVIDENCE.  In an action upon a mortgage given to secure advances for construction of a building, evidence *held* to show that the mortgagee did not advance all of the money agreed upon, but through an arrangement with the builder it received a bonus or gratuity not agreed to by the mortgagor.  (Page 81.)

2. MORTGAGES—ENFORCEMENT—FAILURE OF CONSIDERATION.  In an action upon a mortgage given to secure advances for construc-